**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**TIMBER RIDGE, INC.,**

    Plaintiff,

v.                                      **CIVIL ACTION NO. 3:05-CV-16**
                                            **(BAILEY)**

**HUNT COUNTRY ASPHALT & PAVING, LLC.,**

    Defendant.

## ORDER

The above-styled case is now before the Court for consideration of defendant's Motion to Extend Discovery Deadline [Doc. No. 103] and Motion for an Extension of Time to Conduct Mediation [Doc. No. 102]. The time extensions are requested because the defendant wishes to be fully prepared for mediation, but needs to take the deposition of the plaintiff's corporate representative, Fred Greenberg, in order to be fully prepared. In support of the motion, the defendant states that Fred Greenberg's deposition was originally scheduled for August 1, 2007, immediately following Jeffrey Greenberg's deposition. The parties ran out of time and have not been able to agree upon a new date for the deposition. Defendants state that deposing Fred Greenberg will allow them to be fully prepared for mediation.

Upon review of the Motions, the Court finds good cause to **GRANT** both Motions. Accordingly, the Motion to Extend Discovery Deadline [Doc. No. 103] is **GRANTED**, and the Motion to Extend Time to Conduct Mediation [Doc. No. 102] is **GRANTED**. Additionally, the Court **ORDERS** the plaintiffs make Fred Greenberg available for deposition on or

before **November 30, 2007**.

It is so **ORDERED**.

The Clerk is hereby directed to transmit copies of this Order to all counsel of record.

**DATED:** October 26, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE